# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TODD AARON, M.D.,<br><br>   *Plaintiff*,<br><br> v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY.<br><br>   *Defendant*. | CIVIL ACTION<br>No. 17-2606 |

## ORDER

**AND NOW**, this 14th day of August, 2017, after consideration of Defendant's Motion to Dismiss, (ECF No. 6), Plaintiff's Response, (ECF No. 7), and Defendant's Reply, (ECF No. 10), it is hereby **ORDERED** that the Motion is **GRANTED in part** and **DENIED in part** consistent with the attached memorandum. Plaintiff may file an Amended Complaint on or before **September 5, 2017**.

             BY THE COURT:

             ***/s/ Gerald J. Pappert***
             GERALD J. PAPPERT, J.